UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **OTTOMANSON, INC.,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**UCAI, LLC,**<br><br>　　　　　　**Defendant.** | Civ. No. 19-8775 (KM)<br><br>**ORDER and JUDGMENT** |

The plaintiff having filed a motion (DE 8) for a default judgment; and the Court having reviewed the submissions and the entire case file, and decided the matter without oral argument; for the reasons expressed in the accompanying Opinion, and good cause appearing therefor;

IT IS this 10th day of January, 2020

ORDERED and ADJUDGED that the motion for default judgment (DE 8) is GRANTED; and it is further

ORDERED and ADJUDGED that statutory damages, see 17 U.S.C. § 504(c), in the amount of $20,000, plus attorney's fees in the amount of $4650, plus costs in the amount of $700, are awarded; and it is further

ORDERED that JUDGMENT IS ENTERED in favor of the plaintiff, Ottomanson, Inc., and against the defendant, UCAI, LLC, in a total amount of $25,350; and it is further

ORDERED that defendant, UCAI, LLC, is permanently enjoined from using Plaintiff's copyrights in JNA370099 (registered as VA 2-091-529) and OTH2068 (registered as VA 2-091-572).

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　KEVIN MCNULTY, U.S.D.J.